United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CESAR M. LANDEROS GONZALEZ,<br><br>Petitioner,<br><br>vs.<br><br>RANDY TATE, Warden of Montgomery Processing Center, *et al.*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-26-3232 |

## ORDER

The petitioner is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenges the petitioner's continued detention. The petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and has been detained for more than 90 days. The petitioner is entitled to a bond hearing. *See Banegas Avila v. Frink*, No. CV H-26-916, 2026 WL 976144, at *5 (S.D. Tex. Apr. 10, 2026); *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026).[1]

It is **ordered** that the respondents must release the petitioner from custody unless the government provides a bond hearing by **July 21, 2026**. If a bond hearing is held the government "must articulate an individualized justification for further detention without bond." *Sosnava Rodriguez*, 2026 WL 1906557, at *16. The parties must **confer** and **file** a joint update with the court by **July 24, 2026**, informing the court of the result of any hearing, and the petitioner's custody

[1] Although the Fifth Circuit has vacated *Sosnava Rodriguez*, this court considers the panel opinion persuasive. *See Marathon Oil Co. v. Ruhrgas*, 145 F.3d 211, 225 n.23 (5th Cir. 1998), *rev'd sub nom. on other grounds Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574 (1999).

status. The respondents' motion for summary judgment (Docket Entry No. 8) is **denied** and the petition for a writ of habeas corpus is **granted in part**.

SIGNED on July 14, 2026, at Houston, Texas.

Lee H. Rosenthal

Lee H. Rosenthal
Senior United States District Judge